UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

NICK AGAPOV,
ANTHONY BROOKE,
MATTHEW COTILLO,
KYLE COOK-SPICER,
BRANDON FARLEY,
CHRIS HALL,
JONATHAN HASKETT,
JOSHUA HITCHENS,
JAMES LUBONSKI,
JOHN MCINTOSH,
MATTHEW OBORDO,
MICHAEL O'CONNELL,
CHRISTOHER OLIVER and
TRAVIS POPIELARCHECK,

    Plaintiffs,

    v.

PRINCE GEORGE'S COUNTY,
MARYLAND,
PRINCE GEORGE'S COUNTY POLICE
DEPARTMENT,
CLEO SAVOY,
DAVID ROBINSON,
JAMES MCCREARY,
MICHAEL ELSER,
MALIK AZIZ,
VERNON HALE,
ROBERT BLACK,
AMIR CANELA,
ANGELA ALSOBROOKS,
BARRY STANTON,
DONNELL TURNER,
COREY TRUXON,
JEFF ROSS and
ROBERT HARVIN, JR.,

    Defendants.

Civil Action No. TDC-23-3191

**ORDER**

Plaintiffs have filed a Complaint that does not comply with the Local Rules of the United States District Court for the District of Maryland ("Local Rules"). The Local Rules state that "[p]leadings should be no longer than necessary and, except in removals of a state action, shall not exceed forty (40) pages in length." D. Md. Local R. 103.1(d). Having reviewed Plaintiffs' Complaint, the Court finds that, at 91 pages, it is in excess of the page limit set forth in the Local Rules.

Accordingly, it is hereby ORDERED that:

1. Plaintiffs' Complaint, ECF No. 1, is STRICKEN.

2. Plaintiffs are granted leave to file within **14 days** of the date of this Order an Amended Complaint that complies with the Local Rules.

Date: December 1, 2023



THEODORE D. CHUANG
United States District Judge