IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NICK AGAPOV, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PRINCE GEORGE'S COUNTY, MARYLAND, *et al.*<br><br>Defendants. | CIVIL ACTION NO.: 8:23-CV-03191-TDC |

## <u>ORDER</u>

Upon consideration of Plaintiffs' Motion for Leave to Exceed the Page Limits for a Complaint, ECF No. 7, any opposition thereto, and good cause having been found, it is hereby:

**ORDERED** that Plaintiffs' Motion for Leave to Exceed the Page Limits for a Complaint is **GRANTED IN PART** and **DENIED IN PART**.

1. Plaintiffs are granted leave to exceed the page limit established in Local Rule 103.1(d).

2. However, the Complaint is restricted to 60 pages and is subject to other guidelines set forth in the Local Rules and the Case Management Order, ECF No. 10.

Dated: December 13, 2023.

THEODORE D. CHUANG
United States District Judge