IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NICK AGAPOV**, *et al.* | * |
| | * |
| Plaintiffs | * |
| | * |
| v. | *   **Case No: 8:23-CV-03191-TDC** |
| | * |
| **PRINCE GEORGE'S COUNTY**, *et al.* | * |
| | * |
| | * |
| Defendants | * |

### DEFENDANTS' REQUEST TO MODIFY SCHEDULING ORDER

The Defendants, pursuant to this Court's scheduling order entered on February 7, 2024 (ECF 14), respectfully request that the Court modify its current scheduling order, and as an explanation offer the following:

1. This action was commenced by the filing of a complaint by 14 current and retired police officers against 14 defendants (29 parties in all including the County) alleging that they have been improperly prosecuted for criminal actions and improperly subject to administrative disciplinary proceedings by the Prince George's County Police Department. The Defendants consist of current and former (retired) police officers, the County Executive, Chief Administrative Officer, Chief of Police, and a (now) Circuit Court Judge.

2. The original complaint, filed on November 21, 2023, contained 91 pages and 281 paragraphs asserting a laundry list – literally dozens of independent and discreet allegations- of grievances against the 14 defendants. So long was the complaint that the court struck it and allowed a shorter, but no less equally as extensive in its grievances, to be filed. The second complaint, filed on December 14, 2023, and although shorter in length, nonetheless asserts dozens of the same issues and nine (9) counts of alleged violations of Federal and

1

State constitutional provisions and state common law torts, all of which read as a laundry list of grievances by the fourteen plaintiff police officers against the defendants and the police department (ECF 12).

3. The parties have yet to discuss a discovery plan. Plaintiff's counsel was contacted via email by the undersigned on Monday, February 12, 2024, to gauge his view on this request and invite him to join in it but no response was received.

4. The potential scope of discovery in this case is massive, some parties are no longer employed by the County, and others are high ranking public officials. Scheduling depositions and exchanging and responding to written discovery may take many months to complete.  Discovery disputes is cases of this magnitude are also inevitable and may take time to resolve. Defendants believe, therefore that the June 21, 2024, discovery deadline is far too ambitious.

5. Accordingly, the defendants request that the Court enter an order modifying the scheduling order to permit the defendants to have 42 hours of deposition time, or three hours per plaintiff (3 hours per 14 plaintiffs equals 42 hours), and to change the deadlines as follows:

**Current Schedule**                                                                                   **Proposed Schedule**

| Current Schedule | | Proposed Schedule |
|---|---|---|
| April 8, 2024 | Plaintiffs' Rule 26(a)(2) expert disclosures | May 7, 2024 |
| May 7, 2024 | Defendants' Rule 26(a)(2) expert disclosures | June 7, 2024 |
| May 21, 2024 | Plaintiffs' rebuttal Rule 26(a)(2) expert disclosures | June 28, 2024 |

| June 21, 2024 | Completion of Discovery, joint status report | December 6, 2024 |
| --- | --- | --- |
| June 28, 2024 | Requests for admission | December 20, 2024 |

WHEREFORE, for reasons stated, the defendants respectfully request that the Court modify the current scheduling order to reflect the deadlines proposed herein and in the accompanying order filed herewith, and to extend the deposition hours allotted to the defendants to 42 hours.

Respectfully submitted,

RHONDA L. WEAVER
COUNTY ATTORNEY

SHELLEY L. JOHNSON
DEPUTY COUNTY ATTORNEY

*Dwight D. Jackson*
Dwight D. Jackson #30945
Associate County Attorney
Prince George's County Office of Law
Wayne K. Curry Administration Building
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
Federal Bar No. 30945
Phone: (301) 952-3941
Fax: (301-952-3071
DDJackson@co.pg.md.us

*__Andrew J. Murray__*
Andrew J. Murray #10511
Associate County Attorney
Prince George's County Office of Law
Wayne K. Curry Administration Building
1301 McCormick Drive, Suite 4100
Largo, Maryland 20772
Federal Bar No. 10511
Phone: (301) 952-3932
Fax: (301) 952-3071
AJMurray@co.pg.md.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day February 2024, a copy of the foregoing was emailed to the following:

Ray M. Shepard, Bar No. 09473
The Shepard Law Firm, LLC
122 Riviera Drive
Pasadena, Maryland 21122
Email: Ray@Shepard.Law

*__Dwight D. Jackson__*
Dwight D. Jackson